B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>District of Idaho | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Whipple, Jason Gene** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Laufenberg, Sarah Dawn** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0757** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8185** |
| Street Address of Debtor (No. and Street, City, and State):<br>**14100 Pioneer**<br>**McCall, ID**<br><div align=right>ZIP Code **83638**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**14100 Pioneer**<br>**McCall, ID**<br><div align=right>ZIP Code **83638**</div> |
| County of Residence or of the Principal Place of Business:<br>**Valley** | County of Residence or of the Principal Place of Business:<br>**Valley** |
| Mailing Address of Debtor (if different from street address):<br>**POB 3317**<br>**McCall, ID**<br><div align=right>ZIP Code **83638**</div> | Mailing Address of Joint Debtor (if different from street address):<br>**POB 3317**<br>**McCall, ID**<br><div align=right>ZIP Code **83638**</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **14100 Pioneer Road**<br>**McCall, ID 83638** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Whipple, Jason Gene**<br>**Laufenberg, Sarah Dawn** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X   /s/ Glenn W. Godfrey, Jr.**              **November 14, 2012**<br>Signature of Attorney for Debtor(s)                (Date)<br>**Glenn W. Godfrey, Jr. 8035** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Whipple, Jason Gene**
**Laufenberg, Sarah Dawn**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jason Gene Whipple**

Signature of Debtor  **Jason Gene Whipple**

X **/s/ Sarah Dawn Laufenberg**

Signature of Joint Debtor **Sarah Dawn Laufenberg**

Telephone Number (If not represented by attorney)

**November 14, 2012**

Date

### Signature of Attorney*

X **/s/ Glenn W. Godfrey, Jr.**

Signature of Attorney for Debtor(s)

**Glenn W. Godfrey, Jr. 8035**

Printed Name of Attorney for Debtor(s)

**Express Bankruptcy Services**

Firm Name

**1419 W Washington**
**Boise, ID 83702**

Address

**Email: expressbkservices@gmail.com**
**(208) 398-3328  Fax: (208) 342-7278**

Telephone Number

**November 14, 2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Idaho

In re   **Jason Gene Whipple**
      **Sarah Dawn Laufenberg**             Case No. _____

Debtor(s)     Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Jason Gene Whipple**
                            **Jason Gene Whipple**

Date: **November 14, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of Idaho

In re   **Jason Gene Whipple**
        **Sarah Dawn Laufenberg**

Debtor(s)       Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Sarah Dawn Laufenberg**
                        **Sarah Dawn Laufenberg**

Date:    **November 14, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### District of Idaho

In re    **Jason Gene Whipple,**
       **Sarah Dawn Laufenberg**

Case No. _____

Debtors      ,     Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 9 | 86,767.00 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 71,886.26 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 56,045.96 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 591,696.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,178.72 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,174.59 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 86,767.00 | | |
| Total Liabilities | | | | 719,628.55 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Idaho

In re  **Jason Gene Whipple,**
       **Sarah Dawn Laufenberg**

Case No. _____

_____ ,

Debtors

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Jason Gene Whipple,**                                                    Case No. _____
         **Sarah Dawn Laufenberg**
                                                                    ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Jason Gene Whipple,**                                           Case No. _____
         **Sarah Dawn Laufenberg**
                                                              ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | **C** | 375.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account** **Capital Educators Federal Credit Union** **275 S. Stratford Dr** **Meridian, ID 83642** **Account No: xxxxx7730** | **C** | 5.00 |
| | | **Checking Account** **Idaho First Bank** **POB 2950** **McCall, ID 83638** **Account No: xxxxx3225** | **C** | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Couch** | **C** | 25.00 |
| | | **Loveseat** | **C** | 20.00 |
| | | **Futon** | **C** | 30.00 |
| | | **Living Room Chairs (3)** | **C** | 30.00 |
| | | **Coffee Tables (2)** | **C** | 10.00 |
| | | **End Tables (4)** | **C** | 40.00 |
| | | **Table Lamps (3)** | **C** | 15.00 |
| | | **Entertainment Center** | **C** | 35.00 |
| | | **Televisions (3)** | **C** | 575.00 |
| | | **Rugs (4)** | **C** | 6.00 |
| | | **DVD Players (2)** | **C** | 30.00 |

Sub-Total >     **1,296.00**
(Total of this page)

__8__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jason Gene Whipple,**
**Sarah Dawn Laufenberg**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Vacumms (2) | C | 80.00 |
| | | Bookshelf | C | 5.00 |
| | | Stereo | C | 85.00 |
| | | MP3 Players (2) | C | 10.00 |
| | | TV Trays (2) | C | 10.00 |
| | | Coat Rack | C | 10.00 |
| | | Home Décor (23) | C | 23.00 |
| | | Wall Hangings (11) | C | 35.00 |
| | | Small Aquarium | C | 10.00 |
| | | Video Game Consoles (2) | C | 250.00 |
| | | Electronic Keyboard | C | 100.00 |
| | | Refrigerator | C | 275.00 |
| | | Microwave | C | 30.00 |
| | | Pots & Pans (12) | C | 25.00 |
| | | Small Appliances (13) | C | 130.00 |
| | | Utensils (24) | C | 12.00 |
| | | Silverware (38) | C | 10.00 |
| | | Dishes (52) | C | 20.00 |
| | | Food Storage (17) | C | 5.00 |
| | | Breadmaker | C | 15.00 |
| | | Dining Table | C | 30.00 |
| | | Dining Chairs (5) | C | 15.00 |
| | | Hutch | C | 35.00 |
| | | Stools (4) | C | 40.00 |

Sub-Total >     **1,260.00**
(Total of this page)

Sheet __1__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jason Gene Whipple,**
         **Sarah Dawn Laufenberg**                                    Case No. _____
         _____,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Iron | C | 2.00 |
| | | Baskets (4) | C | 4.00 |
| | | Home Computers (2) | C | 125.00 |
| | | Printer | C | 10.00 |
| | | Beds (3) | C | 250.00 |
| | | Dressers (3) | C | 160.00 |
| | | Bedroom Lamps (5) | C | 20.00 |
| | | Night Stands (6) | C | 70.00 |
| | | Bedroom Chair | C | 20.00 |
| | | Alarm Clocks (2) | C | 2.00 |
| | | Car Seat | C | 10.00 |
| | | Childrens Toys (45) | C | 45.00 |
| | | Patio Table & Chairs | C | 50.00 |
| | | Barbeque Grill | C | 20.00 |
| | | Garden Tools (5) | C | 10.00 |
| | | Garden Hoses (4) | C | 10.00 |
| | | Weed Trimmer | C | 20.00 |
| | | Yard Tools (5) | C | 20.00 |
| | | Wheelbarrow | C | 10.00 |
| | | Trampoline | C | 150.00 |
| | | Leaf Blower | C | 25.00 |
| | | Tool Boxes (2) | C | 20.00 |
| | | Hand Tools (146) | C | 200.00 |
| | | Extension Cords (3) | C | 10.00 |

|  | Sub-Total > | **1,263.00** |
|---|---|---|
|  | (Total of this page) |  |

Sheet  __2__  of  __8__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jason Gene Whipple,**
       **Sarah Dawn Laufenberg**

Case No. _____

_____ ,
                Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Work Bench | C | 90.00 |
| | | Ladders (2) | C | 40.00 |
| | | Step Stool | C | 5.00 |
| | | Drill | C | 10.00 |
| | | Compressor | C | 15.00 |
| | | Storage Shelves (2) | C | 120.00 |
| | | Jumper Cables | C | 5.00 |
| | | Flashlights (4) | C | 8.00 |
| | | Bedding & Linens (42) | C | 42.00 |
| | | Towels (33) | C | 24.00 |
| | | Holiday Decorations (75) | C | 50.00 |
| | | Luggage (4) | C | 15.00 |
| | | Fans (2) | C | 10.00 |
| | | Air Mattress | C | 20.00 |
| | | Fire Extinguisher | C | 5.00 |
| | | House Plants (6) | C | 6.00 |
| | | Cleaning Supplies (5) | C | 5.00 |
| | | Crutches | C | 15.00 |
| | | Coolers (3) | C | 25.00 |
| | | Washer | C | 300.00 |
| | | Dryer | C | 300.00 |
| | | Refrigerator | C | 40.00 |
| | | Children's Drum Set | C | 150.00 |

Sub-Total >      **1,300.00**
(Total of this page)

Sheet  **3**  of  **8**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jason Gene Whipple,**
    **Sarah Dawn Laufenberg**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books (45) | C | 45.00 |
| | | DVD Movies (38) | C | 38.00 |
| | | VHS Movies (24) | C | 12.00 |
| | | Video Games (15) | C | 30.00 |
| | | Audio CDs (66) | C | 17.00 |
| 6. Wearing apparel. | | Personal Clothing Items | C | 645.00 |
| 7. Furs and jewelry. | | Wedding Ring | C | 800.00 |
| | | Wedding Band | C | 100.00 |
| | | Costume Jewelry | C | 15.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sleeping Bags (4) | C | 40.00 |
| | | Tent | C | 25.00 |
| | | Air Bed | C | 5.00 |
| | | Camp Chairs (6) | C | 26.00 |
| | | Camp Tables (2) | C | 30.00 |
| | | Camp Grill | C | 15.00 |
| | | Fishing Poles (4) | C | 40.00 |
| | | Tackle Boxes (2) | C | 15.00 |
| | | Tackle | C | 25.00 |
| | | Roller Blades (2) | C | 35.00 |
| | | Snow Skis (2) | C | 350.00 |
| | | Snow Boards (3) | C | 250.00 |
| | | Bicyles (3) | C | 140.00 |
| | | Horshoe Set | C | 5.00 |
| | | Life Jackets (4) | C | 80.00 |

Sub-Total >    **2,783.00**
(Total of this page)

Sheet __4__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jason Gene Whipple,**
       **Sarah Dawn Laufenberg**

Case No. _____

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Wet Suits (3) | C | 30.00 |
| | | Binoculars | C | 5.00 |
| | | GPS Unit | C | 20.00 |
| | | Weight Set | C | 50.00 |
| | | Riding Gear (28) | C | 450.00 |
| | | Shotgun Remington 870 .12 gauge | C | 280.00 |
| | | Handgun Taurus .38 special | C | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance Policy Genworth Life Insurance Co. PO Box 10720 Lynchburg, VA 24506-0720 Policy No:  xxxx2521 No Cash Value | C | 0.00 |
| | | Term Life Insurance Policy West Coast Liefe Insurance PO Box 12687 Birmingham, AL 35202-6687 Policy No:  xxxx6956 No Cash Value | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Sub-Total >     **1,335.00**
(Total of this page)

Sheet   **5**   of   **8**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jason Gene Whipple,**
      **Sarah Dawn Laufenberg**

Case No. _____

_____ ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2012 Anticipated Tax Refund and Earned Income Credit**<br>**Internal Revenue Service**<br>**Debtors anticipate receiving an Earned Income Credit as well as additional child tax credits. Debtors have a large debt owed to the IRS (see Schedule F) and believe any refund, including the earned income credits, will be offset by the IRS. To the extend Debtors receive any portion of their refund for the 2012 tax year pertaining to these credits, Debtors claim that portion as exempt.** | C | 6,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >      6,500.00
(Total of this page)

Sheet __6__ of __8__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re **Jason Gene Whipple,**
**Sarah Dawn Laufenberg**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 Ford F450 Truck** **Mileage: 30,322** **Vehicle subject to secured debt identified on Schedule D.** **Debtor intends to reaffirm the secured debt.** | C | 40,000.00 |
| | | **2007 Weekend Warrior FR4005** **Travel Trailer, 40 ft, Triple Axle** **Property subject to secured debt identified on Schedule D.** **Debtor intends to surrender the trailer.** | C | 25,000.00 |
| | | **1999 Chrysler 300M** **Mileage: 113,350** | C | 3,075.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Computer** | C | 500.00 |
| | | **All-in-One** **(Fax/Printer/Scanner)** | C | 75.00 |
| | | **Office Chairs (2)** | C | 20.00 |
| | | **Telephone** | C | 25.00 |
| | | **Desk Lamp** | C | 5.00 |
| | | **File Cabinet** | C | 25.00 |
| | | **Desk** | C | 150.00 |
| | | **Video Camera** | C | 500.00 |
| | | **Digital Camera** | C | 355.00 |

Sub-Total >   69,730.00
(Total of this page)

Sheet   **7**   of   **8**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jason Gene Whipple,**
    **Sarah Dawn Laufenberg**
Case No. _____

_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Tool Bags (2)** | **C** | **150.00** |
| | | **Nail Gun** | **C** | **150.00** |
| | | **Skill Saw** | **C** | **75.00** |
| | | **Level** | **C** | **50.00** |
| | | **Transit Level** | **C** | **400.00** |
| | | **Cell Phone** | **C** | **110.00** |
| | | **Calculator** | **C** | **15.00** |
| | | **Hard Hat** | **C** | **5.00** |
| | | **Cord** | **C** | **10.00** |
| | | **Hose** | **C** | **25.00** |
| | | **Ladder** | **C** | **50.00** |
| | | **Portable Compressor** | **C** | **125.00** |
| | | **Cordless Toolset** | **C** | **125.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Cat** | **C** | **10.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **1,300.00** |
| (Total of this page) | |
| Total > | **86,767.00** |

Sheet __8__ of __8__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re      **Jason Gene Whipple,**                                    Case No. _____
           **Sarah Dawn Laufenberg**

_____,
                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                  *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on Hand** | **Idaho Code § 11-605(11)** | **375.00** | **375.00** |
| **Household Goods and Furnishings** | | | |
| **Couch** | **Idaho Code § 11-605(1)(a)** | **25.00** | **25.00** |
| **Loveseat** | **Idaho Code § 11-605(1)(a)** | **20.00** | **20.00** |
| **Futon** | **Idaho Code § 11-605(1)(a)** | **30.00** | **30.00** |
| **Living Room Chairs (3)** | **Idaho Code § 11-605(1)(a)** | **30.00** | **30.00** |
| **Coffee Tables (2)** | **Idaho Code § 11-605(1)(a)** | **10.00** | **10.00** |
| **End Tables (4)** | **Idaho Code § 11-605(1)(a)** | **40.00** | **40.00** |
| **Table Lamps (3)** | **Idaho Code § 11-605(1)(a)** | **15.00** | **15.00** |
| **Entertainment Center** | **Idaho Code § 11-605(1)(a)** | **35.00** | **35.00** |
| **Televisions (3)** | **Idaho Code § 11-605(1)(a)** | **575.00** | **575.00** |
| **Rugs (4)** | **Idaho Code § 11-605(1)(a)** | **6.00** | **6.00** |
| **DVD Players (2)** | **Idaho Code § 11-605(1)(a)** | **30.00** | **30.00** |
| **Vacumms (2)** | **Idaho Code § 11-605(1)(a)** | **80.00** | **80.00** |
| **Bookshelf** | **Idaho Code § 11-605(1)(a)** | **5.00** | **5.00** |
| **Stereo** | **Idaho Code § 11-605(1)(a)** | **85.00** | **85.00** |
| **MP3 Players (2)** | **Idaho Code § 11-605(1)(a)** | **10.00** | **10.00** |
| **TV Trays (2)** | **Idaho Code § 11-605(1)(a)** | **10.00** | **10.00** |
| **Coat Rack** | **Idaho Code § 11-605(1)(a)** | **10.00** | **10.00** |
| **Home Décor (23)** | **Idaho Code § 11-605(1)(a)** | **23.00** | **23.00** |
| **Wall Hangings (11)** | **Idaho Code § 11-605(1)(a)** | **35.00** | **35.00** |
| **Small Aquarium** | **Idaho Code § 11-605(1)(a)** | **10.00** | **10.00** |
| **Video Game Consoles (2)** | **Idaho Code § 11-605(1)(a)** | **250.00** | **250.00** |
| **Electronic Keyboard** | **Idaho Code § 11-605(1)(a)** | **100.00** | **100.00** |
| **Refrigerator** | **Idaho Code § 11-605(1)(a)** | **275.00** | **275.00** |

___5___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Jason Gene Whipple,**
**Sarah Dawn Laufenberg**
_____,
Debtors

Case No. _____

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Microwave** | **Idaho Code § 11-605(1)(a)** | 30.00 | 30.00 |
| **Pots & Pans (12)** | **Idaho Code § 11-605(1)(a)** | 25.00 | 25.00 |
| **Small Appliances (13)** | **Idaho Code § 11-605(1)(a)** | 130.00 | 130.00 |
| **Utensils (24)** | **Idaho Code § 11-605(1)(a)** | 12.00 | 12.00 |
| **Silverware (38)** | **Idaho Code § 11-605(1)(a)** | 10.00 | 10.00 |
| **Dishes (52)** | **Idaho Code § 11-605(1)(a)** | 20.00 | 20.00 |
| **Food Storage (17)** | **Idaho Code § 11-605(4)** | 5.00 | 5.00 |
| **Breadmaker** | **Idaho Code § 11-605(1)(a)** | 15.00 | 15.00 |
| **Dining Table** | **Idaho Code § 11-605(1)(a)** | 30.00 | 30.00 |
| **Dining Chairs (5)** | **Idaho Code § 11-605(1)(a)** | 15.00 | 15.00 |
| **Hutch** | **Idaho Code § 11-605(1)(a)** | 35.00 | 35.00 |
| **Stools (4)** | **Idaho Code § 11-605(1)(a)** | 40.00 | 40.00 |
| **Iron** | **Idaho Code § 11-605(1)(a)** | 2.00 | 2.00 |
| **Baskets (4)** | **Idaho Code § 11-605(1)(a)** | 4.00 | 4.00 |
| **Home Computers (2)** | **Idaho Code § 11-605(1)(a)** | 125.00 | 125.00 |
| **Printer** | **Idaho Code § 11-605(1)(a)** | 10.00 | 10.00 |
| **Beds (3)** | **Idaho Code § 11-605(1)(a)** | 250.00 | 250.00 |
| **Dressers (3)** | **Idaho Code § 11-605(1)(a)** | 160.00 | 160.00 |
| **Bedroom Lamps (5)** | **Idaho Code § 11-605(1)(a)** | 20.00 | 20.00 |
| **Night Stands (6)** | **Idaho Code § 11-605(1)(a)** | 70.00 | 70.00 |
| **Bedroom Chair** | **Idaho Code § 11-605(1)(a)** | 20.00 | 20.00 |
| **Alarm Clocks (2)** | **Idaho Code § 11-605(1)(a)** | 2.00 | 2.00 |
| **Car Seat** | **Idaho Code § 11-605(1)(a)** | 10.00 | 10.00 |
| **Childrens Toys (45)** | **Idaho Code § 11-605(1)(a)** | 45.00 | 45.00 |
| **Patio Table & Chairs** | **Idaho Code § 11-605(1)(a)** | 50.00 | 50.00 |
| **Barbeque Grill** | **Idaho Code § 11-605(1)(a)** | 20.00 | 20.00 |
| **Garden Tools (5)** | **Idaho Code § 11-605(1)(a)** | 10.00 | 10.00 |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Jason Gene Whipple,**                                              Case No. _____
         **Sarah Dawn Laufenberg**
_____,
                            Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Garden Hoses (4)** | **Idaho Code § 11-605(1)(a)** | **10.00** | **10.00** |
| **Weed Trimmer** | **Idaho Code § 11-605(1)(a)** | **20.00** | **20.00** |
| **Yard Tools (5)** | **Idaho Code § 11-605(1)(a)** | **20.00** | **20.00** |
| **Wheelbarrow** | **Idaho Code § 11-605(1)(a)** | **10.00** | **10.00** |
| **Leaf Blower** | **Idaho Code § 11-605(1)(a)** | **25.00** | **25.00** |
| **Tool Boxes (2)** | **Idaho Code § 11-605(1)(a)** | **20.00** | **20.00** |
| **Hand Tools (146)** | **Idaho Code § 11-605(1)(a)** | **200.00** | **200.00** |
| **Extension Cords (3)** | **Idaho Code § 11-605(1)(a)** | **10.00** | **10.00** |
| **Work Bench** | **Idaho Code § 11-605(1)(a)** | **90.00** | **90.00** |
| **Ladders (2)** | **Idaho Code § 11-605(1)(a)** | **40.00** | **40.00** |
| **Step Stool** | **Idaho Code § 11-605(1)(a)** | **5.00** | **5.00** |
| **Drill** | **Idaho Code § 11-605(1)(a)** | **10.00** | **10.00** |
| **Compressor** | **Idaho Code § 11-605(1)(a)** | **15.00** | **15.00** |
| **Storage Shelves (2)** | **Idaho Code § 11-605(1)(a)** | **120.00** | **120.00** |
| **Jumper Cables** | **Idaho Code § 11-605(1)(a)** | **5.00** | **5.00** |
| **Flashlights (4)** | **Idaho Code § 11-605(1)(a)** | **8.00** | **8.00** |
| **Bedding & Linens (42)** | **Idaho Code § 11-605(1)(a)** | **42.00** | **42.00** |
| **Towels (33)** | **Idaho Code § 11-605(1)(a)** | **24.00** | **24.00** |
| **Holiday Decorations (75)** | **Idaho Code § 11-605(1)(a)** | **50.00** | **50.00** |
| **Luggage (4)** | **Idaho Code § 11-605(1)(a)** | **15.00** | **15.00** |
| **Fans (2)** | **Idaho Code § 11-605(1)(a)** | **10.00** | **10.00** |
| **Air Mattress** | **Idaho Code § 11-605(1)(a)** | **20.00** | **20.00** |
| **Fire Extinguisher** | **Idaho Code § 11-605(1)(a)** | **5.00** | **5.00** |
| **House Plants (6)** | **Idaho Code § 11-605(1)(a)** | **6.00** | **6.00** |
| **Cleaning Supplies (5)** | **Idaho Code § 11-605(1)(a)** | **5.00** | **5.00** |
| **Crutches** | **Idaho Code § 11-603(2)** | **15.00** | **15.00** |
| **Coolers (3)** | **Idaho Code § 11-605(1)(a)** | **25.00** | **25.00** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Jason Gene Whipple,**
       **Sarah Dawn Laufenberg**                                ,

Case No. _____

                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Washer** | **Idaho Code § 11-605(1)(a)** | **300.00** | **300.00** |
| **Dryer** | **Idaho Code § 11-605(1)(a)** | **300.00** | **300.00** |
| **Refrigerator** | **Idaho Code § 11-605(1)(a)** | **40.00** | **40.00** |
| **Children's Drum Set** | **Idaho Code § 11-605(1)(b)** | **150.00** | **150.00** |
| **Books, Pictures and Other Art Objects; Collectibles** <br> **Books (45)** | **Idaho Code § 11-605(1)(b)** | **45.00** | **45.00** |
| **Wearing Apparel** <br> **Personal Clothing Items** | **Idaho Code § 11-605(1)(b)** | **645.00** | **645.00** |
| **Furs and Jewelry** <br> **Wedding Ring** | **Idaho Code § 11-605(2)** | **800.00** | **800.00** |
| **Wedding Band** | **Idaho Code § 11-605(2)** | **100.00** | **100.00** |
| **Costume Jewelry** | **Idaho Code § 11-605(2)** | **15.00** | **15.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> **Fishing Poles (4)** | **Idaho Code § 11-605(11)** | **35.00** | **40.00** |
| **Snow Skis (2)** | **Idaho Code § 11-605(11)** | **350.00** | **350.00** |
| **Snow Boards (3)** | **Idaho Code § 11-605(11)** | **250.00** | **250.00** |
| **Bicyles (3)** | **Idaho Code § 11-605(11)** | **140.00** | **140.00** |
| **Riding Gear (28)** | **Idaho Code § 11-605(11)** | **450.00** | **450.00** |
| **Shotgun** <br> **Remington 870** <br> **.12 gauge** | **Idaho Code § 11-605(8)** | **750.00** | **280.00** |
| **Handgun** <br> **Taurus** <br> **.38 special** | **Idaho Code § 11-605(8)** | **750.00** | **500.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** <br> **2012 Anticipated Tax Refund and Earned Income Credit** <br> **Internal Revenue Service** <br> **Debtors anticipate receiving an Earned Income Credit as well as additional child tax credits. Debtors have a large debt owed to the IRS (see Schedule F) and believe any refund, including the earned income credits, will be offset by the IRS.  To the extend Debtors receive any portion of their refund for the 2012 tax year pertaining to these credits, Debtors claim that portion as exempt.** | **Idaho Code §§ 11-603(4), 56-223** | **6,500.00** | **6,500.00** |

Sheet   **3**   of   **5**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Jason Gene Whipple,**
      **Sarah Dawn Laufenberg**                                    Case No. _____

                                       Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2011 Ford F450 Truck**<br>**Mileage: 30,322**<br>**Vehicle subject to secured debt identified on**<br>**Schedule D.**<br>**Debtor intends to reaffirm the secured debt.** | Idaho Code § 11-605(3) | 7,000.00 | 40,000.00 |
| **1999 Chrysler 300M**<br>**Mileage: 113,350** | Idaho Code § 11-605(3) | 7,000.00 | 3,075.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Computer | Idaho Code § 11-605(3) | 500.00 | 500.00 |
| All-in-One<br>(Fax/Printer/Scanner) | Idaho Code § 11-605(3) | 75.00 | 75.00 |
| Office Chairs (2) | Idaho Code § 11-605(3) | 20.00 | 20.00 |
| Telephone | Idaho Code § 11-605(3) | 25.00 | 25.00 |
| Desk Lamp | Idaho Code § 11-605(3) | 5.00 | 5.00 |
| File Cabinet | Idaho Code § 11-605(3) | 25.00 | 25.00 |
| Desk | Idaho Code § 11-605(3) | 150.00 | 150.00 |
| Video Camera | Idaho Code § 11-605(3) | 500.00 | 500.00 |
| Digital Camera | Idaho Code § 11-605(3) | 355.00 | 355.00 |
| Tool Bags (2) | Idaho Code § 11-605(3) | 150.00 | 150.00 |
| Nail Gun | Idaho Code § 11-605(3) | 150.00 | 150.00 |
| Skill Saw | Idaho Code § 11-605(3) | 75.00 | 75.00 |
| Level | Idaho Code § 11-605(3) | 50.00 | 50.00 |
| Transit Level | Idaho Code § 11-605(3) | 400.00 | 400.00 |
| Cell Phone | Idaho Code § 11-605(3) | 110.00 | 110.00 |
| Calculator | Idaho Code § 11-605(3) | 15.00 | 15.00 |
| Hard Hat | Idaho Code § 11-605(3) | 5.00 | 5.00 |
| Cord | Idaho Code § 11-605(3) | 10.00 | 10.00 |
| Hose | Idaho Code § 11-605(3) | 25.00 | 25.00 |
| Ladder | Idaho Code § 11-605(3) | 50.00 | 50.00 |
| Portable Compressor | Idaho Code § 11-605(3) | 125.00 | 125.00 |

Sheet   **4**   of   **5**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Jason Gene Whipple,**                                    Case No. _____
         **Sarah Dawn Laufenberg**
         _____,
                            Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cordless Toolset** | **Idaho Code § 11-605(3)** | **125.00** | **125.00** |
| **Animals** | | | |
| **Cat** | **Idaho Code § 11-605(1)(b)** | **10.00** | **10.00** |
| | Total: | **32,649.00** | **61,009.00** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Jason Gene Whipple,**　　　　　　　　　　　　　　　Case No. _____
　　　**Sarah Dawn Laufenberg**
_____ ,
　　　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxxx L007**<br><br>**CapEd Federal Credit Union**<br>**POB 570**<br>**Meridian, ID 83680-0570** | | | | C | **4/2010**<br>**PMSI**<br><br>**2007 Weekend Warrior FR4005 Travel Trailer, 40 ft, Triple Axle**<br>**Debtors intend to surrender the collateral.** | | | | | |
| | | | | | Value $　　　　**25,000.00** | | | | 29,001.33 | 4,001.33 |
| Account No. **xxxx3484**☐☐<br><br>**Ford Motor Credit**<br>**POB 6508**<br>**Mesa, AZ 85216-6508** | | | | C | **3/2011**<br>**PMSI**<br>**Non-Consumer Debt**<br>**2011 Ford F450 Truck**<br>**Mileage:  27,100**<br>**Debtors intend to surrender the collateral.** | | | | | |
| | | | | | Value $　　　　**40,000.00** | | | | 42,884.93 | 2,884.93 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **_0_** continuation sheets attached | Subtotal<br>(Total of this page) | 71,886.26 | 6,886.26 |
| | Total<br>(Report on Summary of Schedules) | 71,886.26 | 6,886.26 |

B6E (Official Form 6E) (4/10)

.

In re **Jason Gene Whipple,**
**Sarah Dawn Laufenberg**

Case No. _____

_____,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Jason Gene Whipple,**
  **Sarah Dawn Laufenberg**
                                                              Case No. _____
  _____ ,
                               Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. **0757** | | | | | **2010 Tax Year** | | | | | | |
| **Idaho State Tax Commission** POB 36 Boise, ID 83722-0410 | C | | | | **Non-Consumer Debt** | | | | | 0.00 | |
| | | | | | | | | | 14,739.29 | | 14,739.29 |
| Account No. **0757** | | | | | **2010 Tax Year** | | | | | | |
| **Internal Revenue Service** POB 7346 Philadelphia, PA 19101-7346 | C | | | | **Non-Consumer Debt** | | | | | 0.00 | |
| | | | | | | | | | 41,306.67 | | 41,306.67 |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |

Sheet __1__ of __1__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 56,045.96 | 56,045.96 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 56,045.96 | 56,045.96 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Jason Gene Whipple,**
     **Sarah Dawn Laufenberg**                                        Case No. _____
                                                              ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 0016**☐☐<br><br>**Advanta Credit Cards**<br>**POB 9217**<br>**Old Bethpage, NY 11804-9217** | X | C | **08/2011**<br>**Non Consumer Debt. Debt in the name of Alderwood Builders. Debtors personally guaranteed the debt.** | | | | **10,559.46** |
| Account No. **xxxx xxxxxx x1003**☐☐<br><br>**American Express**<br>**Attn: BK Dept**<br>**POB 981540**<br>**El Paso, TX 79998-1540** | | C | **9/2007**<br>**Non Consumer Debt associated with Alderwood Builders (93%).**<br>**Consumer Debt (7%).** | | | | **15,114.42** |
| Account No. **16235351**☐☐<br><br>**United Recovery Systems**<br>**POB 722929**<br>**Houston, TX 77272-2929** | | | Representing:<br>American Express | | | | Notice Only |
| Account No. **4163551**<br><br>**Zwicker & Associates**<br>**POB 9013**<br>**Andover, MA 01810** | | | Representing:<br>American Express | | | | Notice Only |

  **11**  continuation sheets attached

| | Subtotal<br>(Total of this page) | **25,673.88** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason Gene Whipple,**　　　　　　　　　　　　　　　Case No. _____
　　　　**Sarah Dawn Laufenberg**
_____,
　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxxxx-x1009** <br><br> **American Express** <br> **Attn:  BK Dept** <br> **POB 981540** <br> **El Paso, TX 79998-1540** | | | C | | **9/2004** <br> **Non Consumer Debt associated with Alderwood Builders (94%).** <br> **Consumer Debt (6%).** | | | | **19,467.37** |
| Account No. **AME 71-111270051**☐☐ <br><br> **CollectCorp** <br> **455 N. 3rd St., Suite 260** <br> **Phoenix, AZ 85004-3924** | | | | | **Representing:** <br> **American Express** | | | | **Notice Only** |
| Account No. <br><br> **Skinner Fawcett LLP** <br> **POB 700** <br> **Boise, ID 83701** | | | | | **Representing:** <br> **American Express** | | | | **Notice Only** |
| Account No. **x2008** <br><br> **American Express** <br> **Attn:  BK Dept** <br> **POB 981540** <br> **El Paso, TX 79998-1540** | X | | C | | **9/2006** <br> **Non Consumer Debt.  Debt in the name of Alderwood Builders.  Debtors personally guaranteed the debt.** | | | | **3,417.14** |
| Account No. **AME 71-112020293**☐☐ <br><br> **CollectCorp** <br> **455 N. 3rd St., Suite 260** <br> **Phoenix, AZ 85004-3924** | | | | | **Representing:** <br> **American Express** | | | | **Notice Only** |

Sheet no. __**1**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　　(Total of this page) | **22,884.51**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Gene Whipple,**
    **Sarah Dawn Laufenberg**

Case No. _____

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Zwicker & Associates**<br>**POB 9013**<br>**Andover, MA 01810** | | | **Representing:**<br>**American Express** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 7823**<br><br>**Bank of America BK Dept**<br>**475 Cross Point Pkw**<br>**POB 9000**<br>**Getzville, NY 14068-9000** | X | C | **2/2006**<br>**Non Consumer Debt. Debt in the name of Alderwood Builders. Debtors personally guaranteed the debt.** | | | | **34,626.73** |
| Account No. **120009071363**<br><br>**McGuigan Law Office, LLC**<br>**311 Veterans Highway**<br>**Ste 100 A**<br>**Levittown, PA 19056** | | | **Representing:**<br>**Bank of America BK Dept** | | | | **Notice Only** |
| Account No. **xxxxxx-xx-xxx665-0**<br><br>**Beneficial**<br>**POB 3425**<br>**Buffalo, NY 14240-9733** | | C | **6/2005**<br>**Non Consumer Debt. Debtor's name on the account.** | | | | **9,788.95** |
| Account No. **xxxx xxxx xxxx 5149**<br><br>**Capital One**<br>**Attn: BK Dept**<br>**POB 30279**<br>**Salt Lake City, UT 84130-0279** | X | C | **3/2006**<br>**Non Consumer Debt. Debt in the name of Alderwood Builders. Debtors personally guaranteed the debt.** | | | | **6,543.41** |

Sheet no. __**2**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,959.09**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason Gene Whipple,**                                        Case No. _____
     **Sarah Dawn Laufenberg**
_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 8009**<br><br>**Chase Card Services**<br>**POB 15298**<br>**Wilmington, DE 19850-5298** | C | | **03/2004**<br>**Non Consumer Debt.  Debtor's name on the account.** | | | | 1,700.00 |
| Account No. **xxxx xxxx xxxx 6799**<br><br>**Chase/Amazon**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | C | | **9/2009**<br>**Consumer Debt** | | | | 2,900.00 |
| Account No. **xxxxxx1267**☐☐<br><br>**Chevron/Texaco**<br>**POB 921729**<br>**Norcross, GA 30010** | C | | **12/2002**<br>**Non Consumer Debt associated with Alderwood Builders (76%).  Consumer Debt (24%).** | | | | 4,642.37 |
| Account No. **2257702**☐☐<br><br>**Hunter Warfield**<br>**Dept. HWI**<br>**1209 4th Ave., S**<br>**Nashville, TN 37210** | | | **Representing:**<br>**Chevron/Texaco** | | | | **Notice Only** |
| Account No. **xV596**<br><br>**Chevron/Texaco**<br>**POB 921729**<br>**Norcross, GA 30010** | C | | **4/2011**<br>**Non Consumer Debt associated with Alderwood Builders (50%).  Consumer Debt (50%).** | | | | 2,544.23 |

Sheet no. __**3**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          11,786.60

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Gene Whipple,**
       **Sarah Dawn Laufenberg**                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2260542**☐☐ <br><br> **Hunter Warfield** <br> **Dept. HWI** <br> **1209 4th Ave., S** <br> **Nashville, TN 37210** | | | Representing: <br> Chevron/Texaco | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 1195** <br><br> **Citibank** <br> **Attn: BK Dept** <br> **POB 6500** <br> **Sioux Falls, SD 57117** | X | C | 12/2002 <br> Non Consumer Debt. Debt in the name of Alderwood Builders. Debtors personally guaranteed the debt. | | | | **5,754.69** |
| Account No. **F75343925**☐☐ <br><br> **Northland Group** <br> **POB 390846** <br> **Minneapolis, MN 55439** | | | Representing: <br> Citibank | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 5179** <br><br> **Citibank** <br> **Attn: BK Dept** <br> **POB 6500** <br> **Sioux Falls, SD 57117** | | C | 3/2004 <br> Sears Card <br> Non Consumer Debt associated with Alderwood Builders (29%). <br> Consumer Debt (71%). | | | | **7,231.23** |
| Account No. <br><br> **McGuigan Law Office, LLC** <br> **311 Veterans Highway** <br> **Suite 100 A** <br> **Levittown, PA 19056** | | | Representing: <br> Citibank | | | | **Notice Only** |

Sheet no. __4___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,985.92**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason Gene Whipple,**                                   Case No. _____
     **Sarah Dawn Laufenberg**

_____ ,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **22218111**<br><br>**Monarch Recovery**<br>**10965 Decatur Rd**<br>**Philadelphia, PA 19154** | | | Representing:<br>Citibank | | | | **Notice Only** |
| Account No. **none**<br><br>**Cosho Humphrey**<br>**800 Park Boulevard #790**<br>**Boise, ID 83712** | | C | **10/2010**<br>**Consumer Debt** | | | | **200.00** |
| Account No. **xxxxxx2806**<br><br>**DL Evans**<br>**POB 1188**<br>**Burley, ID 83318** | X | C | **11/2010**<br>**Non Consumer Debt. Debt in the name of Alderwood Builders. Debtors personally guaranteed the debt.** | | | | **25,536.60** |
| Account No.<br><br>**RC Stone**<br>**137 W 13th St**<br>**POB 910**<br>**Burley, ID 83318** | | | Representing:<br>DL Evans | | | | **Notice Only** |
| Account No. **xxxx1153**<br><br>**Ford Motor Credit**<br>**POB 6508**<br>**Mesa, AZ 85216-6508** | X | C | **8/2010**<br>**Non-Consumer Debt. Debt in the name of Alderwood Builders.** | | | | **13,895.30** |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal           **39,631.90**
(Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Gene Whipple,**
      **Sarah Dawn Laufenberg**
_____,
                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Howell & Vail, LLP** <br> **380 S 4th St, Ste 104** <br> **Boise, ID 83702** | | | **Representing:** <br> **Ford Motor Credit** | | | | **Notice Only** |
| Account No. **xxx-xxx-xxxx-xxx105-8** <br><br> **Frontier Communications** <br> **PO Box 7000** <br> **Hayden, ID 83835** | X | C | **10/2005** <br> **Non Consumer Debt. Debt in the name of Alderwood Builders. Debtors did not personally guarantee the debt. Debt is disputed.** | | | X | **580.88** |
| Account No. **xxxxx1879** <br><br> **Greetree** <br> **POB 6172** <br> **Rapid City, SD 57709-6172** | | C | **7/2007** <br> **Consumer Debt** <br> **Deficiency Balance** <br> **See SOFA #5** | | | | **202,000.00** |
| Account No. **xxxx-xxxx-xxxx-4410** <br><br> **HSBC Bank/Best Buy** <br> **POB 10497** <br> **Greenville, SC 29603** | | C | **3/2007** <br> **Non Consumer Debt associated with Alderwood Builders (73%).** <br> **Consumer Debt (27%).** | | | | **5,523.00** |
| Account No. **1552685** <br><br> **Frontier Financial Group** <br> **631 Stephanie St #419** <br> **Henderson, NV 89014** | | | **Representing:** <br> **HSBC Bank/Best Buy** | | | | **Notice Only** |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**208,103.88**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Gene Whipple,**
      **Sarah Dawn Laufenberg**
                                                ,

Case No. _____

<div align="center">Debtors</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxxx x945 3**☐☐ <br><br> **John Deere Financial** <br> **6400 NW 86th St** <br> **POB 6600** <br> **Johnston, IA 50131-6600** | X | C | **10/2007** <br> **Non Consumer Debt.  Debt in the name of Alderwood Builders.** | | | | **5,775.68** |
| Account No. **23681207** <br><br> **Alliance One** <br> **4850 Street Rd, Suite 300** <br> **Feasterville Trevose, PA 19053** | | | **Representing:** <br> **John Deere Financial** | | | | **Notice Only** |
| Account No. **xx xxxx xxxx 7346** <br><br> **Keybank National Assoc** <br> **127 Public Square** <br> **Cleveland, OH 44114-1306** | | C | **03/2008** <br> **Consumer Debt** <br> **Deficiency Balance** <br> **See SOFA #5** | | | | **64,951.40** |
| Account No. **xx-xxx-xxx-354-0**☐☐ <br><br> **Macys Bankruptcy Processing** <br> **POB 8053** <br> **Mason, OH 45040** | | C | **1/2003** <br> **Consumer Debt** | | | | **2,628.85** |
| Account No. **6354** <br><br> **FDS Bank** <br> **POB 183083** <br> **Columbus, OH 43218-3083** | | | **Representing:** <br> **Macys Bankruptcy Processing** | | | | **Notice Only** |

Sheet no. __**7**___ of __**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**73,355.93**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason Gene Whipple,**                                                          Case No. _____
         **Sarah Dawn Laufenberg**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br><br>**National Wood Products**<br>**POB 65599**<br>**Salt Lake City, UT 84165-0599** | X | C | **8/2011**<br>**Non Consumer Debt. Debt in the name of Alderwood Builders. Debtors personally guaranteed the debt.** | | | | **4,549.44** |
| Account No.<br><br>**Richard James and Assoc**<br>**Attn: Frank Rizzo**<br>**4317 NE Thurston Way Ste 270**<br>**Vancouver, WA 98662** | | | **Representing:**<br>**National Wood Products** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 3406**<br><br>**Nationwide Bank**<br>**POB 9215**<br>**Old Bethpage, NY 11804** | | C | **5/2010**<br>**Consumer Debt** | | | | **3,733.67** |
| Account No. **xxxx2053**<br><br>**Sheffield Financial**<br>**POB 1704**<br>**Clemmons, NC 27012** | | C | **10/2010**<br>**Consumer Debt**<br>**Deficiency Balance**<br>**See SOFA #5** | | | | **13,331.58** |
| Account No. **xxxx-xx6056**<br><br>**Suburban Propane**<br>**PO Box 56777**<br>**Portland, OR 97238** | | C | **02/2008**<br>**Consumer Debt** | | | | **3,936.38** |

Sheet no. __**8**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,551.07**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason Gene Whipple,**
       **Sarah Dawn Laufenberg**
                                                                                          Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xx0-718**☐☐ <br><br>**US Bank** <br>**Attn BK Dept** <br>**POB 5830** <br>**Portland, OR 97228** | | C | | 1/2003 <br>**Non Consumer Debt associated with Alderwood Builders.  Debtors name on the account.** | | | | 4,945.51 |
| Account No. **xxxx xxxx xxxx 5900** <br><br>**US Bank** <br>**Attn BK Dept** <br>**POB 108** <br>**Saint Louis, MO 63166-9801** | | C | | 12/2002 <br>**Non Consumer Debt associated with Alderwood Builders (37%).** <br>**Consumer Debt (63%).** | | | | 3,657.98 |
| Account No. **18815868** <br><br>**Phillips & Cohen Assoc** <br>**POB 5790** <br>**Hauppauge, NY 11788-0164** | | | | **Representing:** <br>**US Bank** | | | | Notice Only |
| Account No. **xxxx xxxx xxxx 5445** <br><br>**US Bank** <br>**Attn BK Dept** <br>**POB 108** <br>**Saint Louis, MO 63166-9801** | | C | | 4/2006 <br>**Non Consumer Debt.  Debtors name on the account.** | | | | 12,080.65 |
| Account No. **15979435** <br><br>**Client Services Inc** <br>**3454 harry S Truman Blvd** <br>**Saint Charles, MO 63301-4047** | | | | **Representing:** <br>**US Bank** | | | | Notice Only |

Sheet no. __**9**___ of __**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,684.14**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Gene Whipple,**
      **Sarah Dawn Laufenberg**
                                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 6647** <br><br> **US Bank** <br> **Attn BK Dept** <br> **POB 108** <br> **Saint Louis, MO 63166-9801** | | C | **12/2010** <br> **Non Consumer Debt.  Debtors name on the account.** | | | | **16,039.41** |
| Account No. **x-xxx-xxxx-3895** <br><br> **US Bank** <br> **Attn BK Dept** <br> **POB 108** <br> **Saint Louis, MO 63166-9801** | | C | **9/2006** <br> **Consumer Debt** | | | | **1,754.17** |
| Account No. **xxxx xxxx xxxx 0927** <br><br> **US Bank** <br> **Attn BK Dept** <br> **POB 108** <br> **Saint Louis, MO 63166-9801** | | C | **3/2010** <br> **Consumer Debt** | | | | **5,633.93** |
| Account No. **x xxx xxxx 9796** <br><br> **US Bank** <br> **Attn BK Dept** <br> **POB 108** <br> **Saint Louis, MO 63166-9801** | X | C | **5/2010** <br> **Non Consumer Debt.  Debt in the name of M2D, Inc.  Debtors personally guaranteed the debt.** | | | | **4,853.06** |
| Account No. **0391** <br><br> **Wells Fargo Business Direct** <br> **POB 29746** <br> **Phoenix, AZ 85038-9746** | X | C | **10/2005** <br> **Non Consumer Debt.  Debt in the name of Alderwood Builders.  Debtors personally guaranteed the debt.** | | | | **62,169.27** |

Sheet no. __**10**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**90,449.84**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason Gene Whipple,**
     **Sarah Dawn Laufenberg**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8668**<br><br>**Wells Fargo Business Direct**<br>**POB 29746**<br>**Phoenix, AZ 85038-9746** | X | C | 12/2005<br>**Non Consumer Debt.  Debt in the name of Alderwood Builders.  Debtors personally guaranteed the debt.** | | | | 3,250.97 |
| Account No. **7933**<br><br>**Wells Fargo Business Direct**<br>**POB 29746**<br>**Phoenix, AZ 85038-9746** | X | C | 10/2005<br>**Non Consumer Debt.  Debt in the name of Alderwood Builders.  Debtors personally guaranteed the debt.** | | | | 3,190.12 |
| Account No. **8643**<br><br>**Wells Fargo Business Direct**<br>**POB 29746**<br>**Phoenix, AZ 85038-9746** | X | C | 10/2005<br>**Non Consumer Debt.  Debt in the name of Alderwood Builders.  Debtors personally guaranteed the debt.** | | | | 3,188.48 |
| Account No. **xxxx xxxx xxx5 001**☐☐<br><br>**Zions Bank**<br>**7730 S Union Park Ave**<br>**Ste 350**<br>**Midvale, UT 84047-5590** | X | C | 11/2010<br>**Non Consumer Debt.  Debt in the name of Alderwood Builders.  Debtors personally guaranteed the debt. Creditor listed for notice purposes only.** | | | | 0.00 |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 9,629.57 |
| Total<br>(Report on Summary of Schedules) | 591,696.33 |

B6G (Official Form 6G) (12/07)

.

In re   **Jason Gene Whipple,**                         Case No. _____

             **Sarah Dawn Laufenberg**

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Verizon Wireless BK Admin**<br>**POB 3397**<br>**Bloomington, IL 61702** | **Cellular Phone Agreement**<br>**Expires 2014**<br>**Debtors intend to assume the contract.** |
| **Welch Music**<br>**12516 West Fairview Ave**<br>**Boise, ID 83713** | **Lease of musical instrument for dependent.**<br>**Expires 5/2013**<br>**Debtors intend to assume the lease.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Jason Gene Whipple,**                                                                     Case No. _____
        **Sarah Dawn Laufenberg**
_____ ,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **Advanta Credit Cards**<br>**POB 9217**<br>**Old Bethpage, NY 11804-9217** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **American Express**<br>**Attn:  BK Dept**<br>**POB 981540**<br>**El Paso, TX 79998-1540** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **Bank of America BK Dept**<br>**475 Cross Point Pkw**<br>**POB 9000**<br>**Getzville, NY 14068-9000** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **Capital One**<br>**Attn: BK Dept**<br>**POB 30279**<br>**Salt Lake City, UT 84130-0279** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **Citibank**<br>**Attn:  BK Dept**<br>**POB 6500**<br>**Sioux Falls, SD 57117** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **DL Evans**<br>**POB 1188**<br>**Burley, ID 83318** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **Ford Motor Credit**<br>**POB 6508**<br>**Mesa, AZ 85216-6508** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **Frontier Communications**<br>**PO Box 7000**<br>**Hayden, ID 83835** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **John Deere Financial**<br>**6400 NW 86th St**<br>**POB 6600**<br>**Johnston, IA 50131-6600** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **National Wood Products**<br>**POB 65599**<br>**Salt Lake City, UT 84165-0599** |

1

_____ continuation sheets attached to Schedule of Codebtors

In re    **Jason Gene Whipple,**
    **Sarah Dawn Laufenberg**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **Wells Fargo Business Direct**<br>**POB 29746**<br>**Phoenix, AZ 85038-9746** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **Wells Fargo Business Direct**<br>**POB 29746**<br>**Phoenix, AZ 85038-9746** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **Wells Fargo Business Direct**<br>**POB 29746**<br>**Phoenix, AZ 85038-9746** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **Wells Fargo Business Direct**<br>**POB 29746**<br>**Phoenix, AZ 85038-9746** |
| **Alderwood Builders, Inc**<br>**POB 1490**<br>**McCall, ID 83638** | **Zions Bank**<br>**7730 S Union Park Ave**<br>**Ste 350**<br>**Midvale, UT 84047-5590** |
| **M2D, Inc**<br>**POB 3317**<br>**McCall, ID 83638** | **US Bank**<br>**Attn BK Dept**<br>**POB 108**<br>**Saint Louis, MO 63166-9801** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re    **Jason Gene Whipple**
       **Sarah Dawn Laufenberg**                      Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter** | AGE(S):<br>**12**<br>**6** | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Construction Project Manager** | **Not Employed** |
| Name of Employer | **McCall Construction Services, Inc** | **Not Employed** |
| How long employed | **2 months** | |
| Address of Employer | **POB 1123**<br>**McCall, ID 83638** | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **4,925.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **4,925.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|      a. Payroll taxes and social security | $ | **746.28** | $ | **0.00** |
|      b. Insurance | $ | **0.00** | $ | **0.00** |
|      c. Union dues | $ | **0.00** | $ | **0.00** |
|      d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **746.28** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,178.72** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,178.72** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **4,178.72** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
       **Co-Debtor filed Articles of Dissolution for M2D, Inc. with the Idaho Secretary of State on October 11, 2012.  Debtor was the sole shareholder of M2D, Inc.  Debtor is considering creating a new business entity at the beginning of 2013. Debtor anticipates the income generated by the new entity might be similar to that generated by M2D, Inc.**

B6J (Official Form 6J) (12/07)

In re **Jason Gene Whipple**
**Sarah Dawn Laufenberg**
_____     Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 800.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 180.00 |
| b. Water and sewer | | $ | 26.33 |
| c. Telephone | | $ | 135.99 |
| d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 10.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 75.00 |
| 6. Laundry and dry cleaning | | $ | 10.00 |
| 7. Medical and dental expenses | | $ | 30.00 |
| 8. Transportation (not including car payments) | | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 40.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 158.35 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 132.42 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   See Detailed Expense Attachment | | $ | 800.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 1,026.50 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,174.59 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 4,178.72 |
| b.    Average monthly expenses from Line 18 above | $ | 4,174.59 |
| c.    Monthly net income (a. minus b.) | $ | 4.13 |

**B6J (Official Form 6J) (12/07)**

In re   **Jason Gene Whipple**
      **Sarah Dawn Laufenberg**            Case No. _____

                                  Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | |
|---|---:|
| **Estimated Tax Payments to IRS** | $    **500.00** |
| **Estimated Tax Payments to State** | $    **300.00** |
| **Total Tax Expenditures** | $    **800.00** |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Idaho

In re   **Jason Gene Whipple**
      **Sarah Dawn Laufenberg**

Case No. _____

Debtor(s)

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **39**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 14, 2012**          Signature   **/s/ Jason Gene Whipple**
                                                  **Jason Gene Whipple**
                                                  Debtor

Date   **November 14, 2012**          Signature   **/s/ Sarah Dawn Laufenberg**
                                                  **Sarah Dawn Laufenberg**
                                                  Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Idaho

In re   **Jason Gene Whipple**
      **Sarah Dawn Laufenberg**                              Case No.

                                        Debtor(s)                Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,074.00** | **2012 YTD: Both Alderwood Builders, Inc.** |
| **$24,821.00** | **2011: Both Alderwood Builders, Inc.** |
| **$223,796.00** | **2010: Both Alderwood Builders, Inc.** |
| **$13,725.00** | **2012 YTD: Husband Employment at McCall Construction** |
| **$22,174.43** | **2012 YTD: Both M2D, Inc.** |
| **$4,731.00** | **2010: Both M2D, Inc.** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ford Motor Credit**<br>**POB 6508**<br>**Mesa, AZ 85216-6508** | 9/4/2012 -- $2104.33<br>10/10/2012 -- $1026.50<br>11/13/2012 -- $1026.50 | **$4,157.33** | **$42,884.93** |
| **Internal Revenue Service**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | 11/9/2012 | **$1,945.07** | **$41,306.67** |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **D L Evans Bank vs. Alderwood Builders, Inc, etal**<br>**CV-2011-0000345-C** | **Action to Collect Debt** | **Fourth District Court, State of Idaho,**<br>**Ada County** | **Default Judgment granted 10/11/2011** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| None | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately |
| ■ | preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

| None | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or |
| ☐ | returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Nationstar Mortgage POB 650783 Dallas, TX 75265** | **5/2011** | **Foreclosure of Single Family Residence 14055 Nisula Road McCall, ID 83638 $350,000.00 Foreclosure sale date: 5/2011** |
| **Keybank National Assoc 127 Public Square Cleveland, OH 44114-1306** | **12/2011** | **Repossession of 2008 Custom Weld Whitewater Special, 24' Boat. Boat was repossessed 12/2011 Value of boat at time of repossession $55,000.00. See Schedule F.** |
| **Sheffield Financial POB 1704 Clemmons, NC 27012** | **05/2012** | **Repossession of 2011 Polaris RMK800 162 and 2011 Polaris RMK800 165 snowmobiles. Snowmobiles repossessed 5/2012. Value of snowmobiles $8,000 per sled. See Schedule F.** |

---

**6. Assignments and receiverships**

| None | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of |
| ■ | this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

| None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately |
| ■ | preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

4

---

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **2011 Polaris RZR4 UTV Value: $14,272.00** | **UTV being driven by family member and totalled. UTV was being financed through Farm Bureau Finance. Settlement was reached with Nationwide Insurance Company whereby the debt secured by Farm Bureau's was satisfied. Debtors purchased the salvaged UTV from Nationwide for $2,200. Debtors sold the UTV for $2500 on 9/14/2012 (See SOFA #10).** | **7/6/2012** |

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gery Edson 250 South 5th St Ste 820 Boise, ID 83701** | **11/4/2011 and 8/31/2012** | **$1,000.00 on 11/4/2011 for fees and costs associated with DL Evans Bank (see SOFA #4). $250.00 on 8/31/2012 for bankruptcy consultation.** |
| **Express Bankruptcy Services 1419 W Washington Boise, ID 83702** | **9/14/2012** | **$1,994.00 for attorney fees associated with this case.** |
| **InCharge Debt Solutions 5750 Major Blvd, Suite 175 Orlando, FL 32819** | **10/16/2012** | **$30.00** |

---

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **William Branch POB 127 Horseshoe Bend, ID 83629** None | **7/16/2012** | **1997 Yamaha Superjet 700cc jet ski $500.00** |

---

5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Furrel Dumar**<br>**POB 2803**<br>**McCall, ID 83638**<br>   none | **8/6/2012** | **2005 Artic Cat M7 Snowmobile**<br>**$1,200.00** |
| **William Branch**<br>**POB 127**<br>**Horseshoe Bend, ID 83629**<br>   None | **9/14/2012** | **2011 Polaris RZR4 UTV**<br>**$2,500.00**<br>**See SOFA #8.** |
| **Dales Auto Sales**<br>**3200 W Chinden Blvd**<br>**Garden City, ID 83714**<br>   None | **11/2010** | **2002 Chevrolet Tahoe 4x4 Z71**<br>**Sold for $9,500.00** |
| **Redline Motorsports**<br>**6305 6th Ave**<br>**Tacoma, WA 98406**<br>   None | **3/2012** | **2008 KTM 105SX Motorcycle**<br>**2009 KTM 300EXC Motorcycle**<br>**Sold both for $5,500.00** |

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US Bank**<br>**905 N 2nd St**<br>**McCall, ID 83638** | **Business Checking Account**<br>**Account No:  xxxxx9796**<br>**Final Balance: $0.00** | **Business Checking Account associated with M2D, Inc. Closed 10/29/2012.** |
| **US Bank**<br>**905 N 2nd St**<br>**McCall, ID 83638** | **Business Checking Account**<br>**Account No:  xxxxx2114**<br>**Final Balance: $0.00** | **Business Checking Account associated with Alderwood Builders, Inc.**<br>**Closed 6/29/2012.** |
| **US Bank**<br>**905 N 2nd St**<br>**McCall, ID 83638** | **Personal Checking Account**<br>**Account No:  xxxxx1855**<br>**Final Balance: $0.00** | **Closed 6/29/2012.** |
| **US Bank**<br>**905 N 2nd St**<br>**McCall, ID 83638** | **Business Checking Account**<br>**Account No:  xxxxx4719**<br>**Final Balance: $0.00** | **Business Checking Account associated with M2D, Inc. Closed 5/3/2011.** |
| **US Bank**<br>**905 N 2nd St**<br>**McCall, ID 83638** | **Personal Checking Account**<br>**Account No:  xxxxx3895**<br>**Final Balance: $0.00** | **Closed 10/29/2012** |

6

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Cathy Schwindt**<br>**POB 858**<br>**Ophir, CO 81426** | **Household Goods & Furnishings.**<br>**Debtors are renting their current residence**<br>**from Ms. Schwindt who has different items**<br>**of household goods and furnishings stored**<br>**at the premises. Debtors have no interest**<br>**in these items.** | **Debtors' Residence** |
| **Judy George**<br>**HC01 Box Red River Rt**<br>**Elk City, ID 83525** | **1989 Polaris 340 Snowmobile $300.00**<br>**1991 Artic cat 440 Snowmobile $400.00** | **Debtor's Residence** |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **14100 Pioneer**<br>**McCall, ID 83638** | **Jason Whipple**<br>**Sarah Laufenberg** | **6/2011 through present** |
| **14055 Nisula Road**<br>**McCall, ID 83638** | **Jason Whipple**<br>**Sarah Laufenberg** | **6/2007 through 6/2011** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Alderwood Builders, Inc.** | 82-0522468 | **POB 1490 McCall, ID 83638** | **Construction. Business dissolved by the Debtors on 10/1/2012.** | **04/14/2000 through 10/1/2012** |
| **M2D, Inc.** | 27-2714723 | **POB 3317 McCall, ID 83638** | **Graphic & Architectural Design** | **5/27/2010 through 10/11/2012** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Steller Millworks, Inc.** | **65-1289136** | **3520 Arthur St Caldwell, ID 83605** | **Millworks. Debtor transferred his interest in the company to another shareholder of the company named Paul Grant on 12/31/2008.** | **8/29/2006 through 12/31/2008** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
**Bermensolo & Assoc**                                       **2002 through present.**
**1087 Boise River Greenbelt**
**Boise, ID 83702**

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                        DATES SERVICES RENDERED
**Bermensolo & Assoc**          **1087 Boise River Greenbelt   2002 through present.**
                                **Boise, ID 83702**

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

9

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

11

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**November 14, 2012**_____     Signature   **/s/ Jason Gene Whipple**_____
                                                        **Jason Gene Whipple**
                                                        Debtor

Date __**November 14, 2012**_____     Signature   **/s/ Sarah Dawn Laufenberg**_____
                                                        **Sarah Dawn Laufenberg**
                                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Idaho

In re **Jason Gene Whipple**
     **Sarah Dawn Laufenberg**

                                    Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**CapEd Federal Credit Union** | **Describe Property Securing Debt:**<br>**2007 Weekend Warrior FR4005**<br>**Travel Trailer, 40 ft, Triple Axle**<br>**Debtors intend to surrender the collateral.** |

Property will be (check one):

   ■ Surrendered                       □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Ford Motor Credit** | **Describe Property Securing Debt:**<br>**Non-Consumer Debt**<br>**2011 Ford F450 Truck**<br>**Mileage:  27,100**<br>**Debtors intend to surrender the collateral.** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

■ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Verizon Wireless BK Admin** | **Describe Leased Property:**<br>**Cellular Phone Agreement**<br>**Expires 2014**<br>**Debtors intend to assume the contract.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Welch Music** | **Describe Leased Property:**<br>**Lease of musical instrument for dependent.**<br>**Expires 5/2013**<br>**Debtors intend to assume the lease.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

B8 (Form 8) (12/08)                                                                                          Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    **November 14, 2012**                    Signature    **/s/ Jason Gene Whipple**
_____                                      _____
                                                             **Jason Gene Whipple**
                                                             Debtor

Date    **November 14, 2012**                    Signature    **/s/ Sarah Dawn Laufenberg**
_____                                      _____
                                                             **Sarah Dawn Laufenberg**
                                                             Joint Debtor

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Idaho

In re    **Jason Gene Whipple**
       **Sarah Dawn Laufenberg**                       Case No.

                                     Debtor(s)          Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Jason Gene Whipple** | | |
| **Sarah Dawn Laufenberg** | X   **/s/ Jason Gene Whipple** | **November 14, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X   **/s/ Sarah Dawn Laufenberg** | **November 14, 2012** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### District of Idaho

In re   **Jason Gene Whipple**
       **Sarah Dawn Laufenberg**

Case No. _____

Debtor(s)      Chapter   **7**_____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **November 14, 2012**        **/s/ Jason Gene Whipple**
                                     **Jason Gene Whipple**
                                     Signature of Debtor

Date:  **November 14, 2012**        **/s/ Sarah Dawn Laufenberg**
                                     **Sarah Dawn Laufenberg**
                                     Signature of Debtor

Advanta Credit Cards
POB 9217
Old Bethpage, NY 11804-9217


Alderwood Builders, Inc
POB 1490
McCall, ID 83638


Alliance One
4850 Street Rd, Suite 300
Feasterville Trevose, PA 19053


American Express
Attn:  BK Dept
POB 981540
El Paso, TX 79998-1540


Bank of America BK Dept
475 Cross Point Pkw
POB 9000
Getzville, NY 14068-9000


Beneficial
POB 3425
Buffalo, NY 14240-9733


CapEd Federal Credit Union
POB 570
Meridian, ID 83680-0570


Capital One
Attn: BK Dept
POB 30279
Salt Lake City, UT 84130-0279


Chase Card Services
POB 15298
Wilmington, DE 19850-5298

Chase/Amazon
PO Box 15298
Wilmington, DE 19850-5298


Chevron/Texaco
POB 921729
Norcross, GA 30010


Citibank
Attn: BK Dept
POB 6500
Sioux Falls, SD 57117


Client Services Inc
3454 harry S Truman Blvd
Saint Charles, MO 63301-4047


CollectCorp
455 N. 3rd St., Suite 260
Phoenix, AZ 85004-3924


Cosho Humphrey
800 Park Boulevard #790
Boise, ID 83712


DL Evans
POB 1188
Burley, ID 83318


FDS Bank
POB 183083
Columbus, OH 43218-3083


Ford Motor Credit
POB 6508
Mesa, AZ 85216-6508

Frontier Communications
PO Box 7000
Hayden, ID 83835


Frontier Financial Group
631 Stephanie St #419
Henderson, NV 89014


Greetree
POB 6172
Rapid City, SD 57709-6172


Howell  Vail, LLP
380 S 4th St, Ste 104
Boise, ID 83702


HSBC Bank/Best Buy
POB 10497
Greenville, SC 29603


Hunter Warfield
Dept. HWI
1209 4th Ave., S
Nashville, TN 37210


Idaho State Tax Commission
POB 36
Boise, ID 83722-0410


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


John Deere Financial
6400 NW 86th St
POB 6600
Johnston, IA 50131-6600

Keybank National Assoc
127 Public Square
Cleveland, OH 44114-1306


M2D, Inc
POB 3317
McCall, ID 83638


Macys Bankruptcy Processing
POB 8053
Mason, OH 45040


McGuigan Law Office, LLC
311 Veterans Highway
Ste 100 A
Levittown, PA 19056


McGuigan Law Office, LLC
311 Veterans Highway
Suite 100 A
Levittown, PA 19056


Monarch Recovery
10965 Decatur Rd
Philadelphia, PA 19154


National Wood Products
POB 65599
Salt Lake City, UT 84165-0599


Nationwide Bank
POB 9215
Old Bethpage, NY 11804


Northland Group
POB 390846
Minneapolis, MN 55439

Phillips   Cohen Assoc
POB 5790
Hauppauge, NY 11788-0164


RC Stone
137 W 13th St
POB 910
Burley, ID 83318


Richard James and Assoc
Attn: Frank Rizzo
4317 NE Thurston Way Ste 270
Vancouver, WA 98662


Sheffield Financial
POB 1704
Clemmons, NC 27012


Skinner Fawcett LLP
POB 700
Boise, ID 83701


Suburban Propane
PO Box 56777
Portland, OR 97238


United Recovery Systems
POB 722929
Houston, TX 77272-2929


US Bank
Attn BK Dept
POB 5830
Portland, OR 97228


US Bank
Attn BK Dept
POB 108
Saint Louis, MO 63166-9801

Verizon Wireless BK Admin
POB 3397
Bloomington, IL 61702


Welch Music
12516 West Fairview Ave
Boise, ID 83713


Wells Fargo Business Direct
POB 29746
Phoenix, AZ 85038-9746


Zions Bank
7730 S Union Park Ave
Ste 350
Midvale, UT 84047-5590


Zwicker  Associates
POB 9013
Andover, MA 01810