# United States Bankruptcy Court
### District of Idaho

In re  **Jason Gene Whipple**
      **Sarah Dawn Laufenberg**
                                    Debtor(s)

Case No.
Chapter  **7**

## DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

Debtor's name (enter full name): **Jason Gene Whipple**

Does Debtor have a domestic support obligation: _____ yes **X** no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Debtor's employer's name, address, and phone number: _____ .

Name, address and phone number for the holder of the claim of support: _____ .

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $_____ per _____ (i.e. month, week, etc.)

Term of support obligation: from _____ until _____ .

Amount that the domestic support obligation is in arrears: $_____ .

Court name and jurisdiction in which order of support was issued: _____

Court Case No. _____ .

Name, address and phone number of the State child support enforcement agency involved in such claim: _____ .

**I declare under penalty of perjury that the foregoing is true and correct.**

**/s/ Jason Gene Whipple**
**Jason Gene Whipple**
**Signature of Debtor**

**November 14, 2012**
**Date**

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571