B6C (Official Form 6C) (4/10)

In re **Jason Gene Whipple,**
      **Sarah Dawn Laufenberg**                                                      Case No. __**12-02698**_____

                                                                 Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Earned Wages Not Yet Paid** | **Idaho Code § 11-605(12)** | 1,500.00 | 1,537.00 |
| **McCall Construction Services, Inc** | | | |
| **POB 1123** | | | |
| **McCall, ID 83638** | | | |
| **The market value represents the wages owed to Debtor for hours worked from the first of the month of November up to the Petition Date of November 14, 2012.** | | | |
| | Total: | 1,500.00 | 1,537.00 |

__**0**__ continuation sheets attached to Schedule of Property Claimed as Exempt